ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
AHall@SHJNevada.com
JONATHAN A. MCGUIRE, ESQ.
Nevada Bar No. 15280
JMcGuire@SHJNevada.com
SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, Nevada 89511
Telephone: (775) 785-0088

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| COURTNEY CLEARWATER, an individual,<br><br>Plaintiff<br><br>vs.<br><br>NEVADA GOLD MINES LLC; BARRICK GOLDSTRIKE MINES INC, d/b/a and a/k/a NEVADA GOLD MINES; DOES I-X and ROE CORPORATIONS XI-XX, inclusive,<br><br>Defendants | Case No.:  2:22-cv-02179-CDS-DJA<br><br>**STIPULATION AND ORDER FOR AN INTRADISTRICT TRANSFER** |

Defendant NEVADA GOLD MINES LLC; BARRICK GOLDSTRIKE MINES INC,[1] d/b/a and a/k/a NEVADA GOLD MINES ("Defendants"), by and through their undersigned counsel of record of SIMONS HALL JOHNSTON PC, and Plaintiff COURTNEY

---

[1] The parties are conducting due diligence on whether Barrick Goldstrike Mines, Inc. is a proper party to this litigation.

CLEARWATER, by and through her counsel of record GABROY MESSER, pursuant to 28 U.S.C. 1404(b), LR IA 1-6, and LR IA 1-8, hereby stipulate and agree that this case should be transferred to the Unofficial Northern Division. The parties herein reserve and do not waive any defenses or claims in this matter by entering into this stipulation.

| | |
|---|---|
| DATED: March 3, 2023 | DATED: March 3, 2023 |
| GABROY MESSER | SIMONS HALL JOHNSTON PC |
| /s/ Christian Gabroy | /s/ Jonathan A. McGuire |
| CHRISTIAN GABROY, ESQ. | ANTHONY L. HALL, ESQ. |
| Nevada Bar No 8805 | Nevada Bar No. 5977 |
| christian@gabroy.com | ahall@shjnevada.com |
| KAINE MESSER, ESQ. | JONATHAN A. McGUIRE, ESQ. |
| Nevada Bar No. 14240 | Nevada Bar No. 135280 |
| kmesser@gabroy.com | jmcguire@shjnevada.com |
| 170 South Green Valley Parkway, Ste. 280 | 690 Sierra Rose Drive |
| Henderson, NV 89012 | Reno, Nevada 89511 |
| (702) 259-7777 – Telephone | (775) 785-0088 – Telephone |

IT IS SO ORDERED.

IT IS FURTHER ORDERED that this case is transferred to the northern division, case number 3:22-cv-00569, and referred to the Clerk of Court for random reassignment for all further proceedings.

DATED: March 14, 2023

_____
UNITED STATES DISTRICT JUDGE