ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
AHall@SHJNevada.com
JONATHAN A. MCGUIRE, ESQ.
Nevada Bar No. 15280
JMcGuire@SHJNevada.com
SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, Nevada 89511
Telephone: (775) 785-0088

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| COURTNEY CLEARWATER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA GOLD MINES LLC; DOES I-X and ROE CORPORATIONS XI-XX, inclusive,<br><br>Defendants. | Case No.:   3:22-cv-00569-LRH-CLB<br><br>**ORDER GRANTING STIPULATION TO FILE AMENDED COMPLAINT AND EXTEND DEADLINE FOR DEFENDANTS TO FILE RESPONSIVE PLEADING** |

Defendant NEVADA GOLD MINES LLC ("Defendant"), by and through its undersigned counsel of record of SIMONS HALL JOHNSTON PC, and Plaintiff COURTNEY CLEARWATER ("Clearwater"), by and through her counsel of record GABROY MESSER, hereby stipulate that pursuant to FRCP 15(a)(2) Clearwater is permitted to file an Amended Complaint on or before May 5, 2023.  Furthermore, the parties hereby stipulate and request that this Court extend the Defendants responsive pleading deadline in the above-captioned matter up to and including fourteen (14) days from the date an Amended Complaint is filed consistent with

FRCP 15(a)(3).

This is the second request for an extension of the responsive pleading deadline, but the first stipulation to file an amended pleading. This request is made as Plaintiff intends on filing an Amended Complaint and therefore this request is made in good faith and is not for the purpose of delay, and will not result in any undue delay or prejudice.

DATED: April 21, 2023                                  DATED: April 21, 2023

GABROY MESSER                                          SIMONS HALL JOHNSTON PC


/s/ Christian Gabroy                                   /s/ Jonathan A. McGuire
CHRISTIAN GABROY, ESQ.                                 ANTHONY L. HALL, ESQ.
Nevada Bar No 8805                                     Nevada Bar No. 5977
christian@gabroy.com                                   ahall@shjnevada.com
KAINE MESSER, ESQ.                                     JONATHAN A. McGUIRE, ESQ. Nevada
Nevada Bar No. 14240                                   Bar No. 135280
kmesser@gabroy.com                                     jmcguire@shjnevada.com
170 South Green Valley Parkway, Ste. 280               690 Sierra Rose Drive
Henderson, NV 89012                                    Reno, Nevada 89511
(702) 259-7777 – Telephone                             (775) 785-0088 – Telephone


**IT IS SO ORDERED.**

DATED this 24th day of April, 2023.

_____
UNITED STATES MAGISTRATE JUDGE