SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, NV 89511
Phone: (775) 785-0088

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| COURTNEY CLEARWATER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA GOLD MINES LLC; DOES I-X and ROE CORPORATIONS XI-XX, inclusive,<br><br>Defendants. | Case No.: 3:22-cv-00569-LRH-CLB<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to FRCP 68, NRS 17.117, and FRCP 41, Defendant Nevada Gold Mines LLC ("NGM") and Plaintiff Courtney Clearwater ("Plaintiff"), by and through their respective undersigned counsel, hereby stipulate:

On October 12, 2023, NGM made an offer of judgment to Plaintiff.

On October 16, 2023, Plaintiff accepted NGM's offer of judgment.

Within twenty-one (21) days of the acceptance of the offer, NGM provided Plaintiff with the full amount of the offer of judgment and satisfied all other pre-requisites for obtaining a dismissal pursuant to NRS 17.117(7).

Page 1 of 2

Accordingly, pursuant to the terms of the offer of judgment and NRS 17.117(7) the parties hereby stipulate to the dismissal with prejudice of that the above captioned action, including all claims asserted therein, with each party to bear its own attorney's fees and costs, and that no party will be considered the prevailing party in relation to this matter.

DATED this 22nd day of November 2023.        DATED this 22nd day of November 2023.

GABROY | MESSER                                SIMONS HALL JOHNSTON PC

/s/ Kaine Messer                               /s/ Jonathan A. McGuire

Christian Gabroy, Esq.                         Anthony L. Hall
Nevada Bar No. 8805                            Nevada Bar No. 5977
Kaine Messer                                   Jonathan A. McGuire
Nevada Bar No. 14240                           Nevada Bar No. 15280
170 South Green Valley Parkway                 690 Sierra Rose Drive
Suite 280                                      Reno, NV  89511
Henderson, Nevada 89012                        *Attorneys for Defendants*
*Attorneys for Plaintiff*

## ORDER

Pursuant to the stipulation of the parties and good cause appearing,

IT IS ORDERED that this action, including all claims asserted therein, is dismissed with prejudice with each party to bear their own attorney's fees and costs.

IT IS FURTHER ORDERED that no party will be considered the prevailing party in relation to this matter.

IT IS FURTHER ORDERED that the Clerk of the Court shall enter final judgment accordingly, dismiss this action, and close the case.

IT IS SO ORDERED.

DATED this 27th day of November, 2023.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE